UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTOPHER HOLM

V.

C.A. No.: 04-432L

LIBERTY MUTUAL LIFE ASSURANCE
COMPANY OF BOSTON
and BANK OF AMERICA

**REVISED NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Rhode Island Rules of Civil Procedure, the defendant in the above-captioned action will take the deposition of **DAWN ELYNN TILLINGHAST**, upon oral examination, which examination will continue from day to day until completed, the same to commence at **2:00 p.m.** on **Tuesday, July 12, 2005**, at the offices of Anthony J. Gianfrancesco, Esq., 155 South Main Street, Suite 101, Providence, Rhode Island 02903, before a Notary Public duly commissioned in the State of Rhode Island.

By: ____________________

Anthony J. Gianfrancesco, Esq. (#2762)
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street
Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

**This cancels and supersedes a prior Notice scheduling this session for Wednesday, June 1, 2005 at 3:00 p.m.**

## CERTIFICATION

I hereby certify that a copy has been sent to **Gary W. Flanagan, Esq.**, Edwards & Angell, LLP, 2800 Financial Plaza, Providence, Rhode Island 02903 and **Pat Aloisio**, Affiliated Court Reporters, 20 Pine Top Road, Barrington, Rhode Island 02806, on this 10th day of June, 2005.

______________________________