UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHRISTOPHER HOLM
V.

C.A. No.: 04-432L

LIBERTY MUTUAL
LIFE ASSURANCE CO.
AND BANK OF AMERICA

**MOTION OF PLAINTIFF, CHRISTOPHER HOLM TO EXTEND TIME TO COMPLETE DISCOVERY AND AMEND PRE-TRIAL ORDER**

For the reasons set forth in the accompanying Memorandum of Law, plaintiff, Christopher Holm, respectfully request that the Honorable Court extend the time to complete discovery from July 15, 2005 to September 5, 2005, and amend it's Pre-Trial Order to require filings by September 19, 2005..

Plaintiff,
Christopher Holm
by his Attorney,

Anthony J. Gianfrancesco, Esq. (#2762)
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street
Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

I hereby certify that a copy has been sent to **Gary W. Flanagan.**, Edwards & Angell, LLP, 2800 Financial Plaza, Providence, Rhode Island 02903, on this 21st day of, July 2005.

Lucia Eastwood

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHRISTOPHER HOLM

V. C.A. No.: 04-4321

LIBERTY MUTUAL
LIFE ASSURANCE, CO.
AND BANK OF AMERICA

**MEMORANDUM OF LAW OF PLAINTIFF, CHRISTOPHER HOLM, IN SUPPORT OF HIS MOTION TO EXTEND TIME TO COMPLETE DISCOVERY AND AMEND PRE-TRIAL ORDER**

This is an E.R.I.S.A. CLAIM arising out of a denial by the Defendant, Libery Mutual Life Assurance Company of the Plaintiff Christopher Holm's request for short term disability benefits.

By its Pre-Trial Order, the Honorable Court ordered discovery completed by July, 15, 2005. The parties completed one deposition just prior to that date and a second one is currently scheduled. As a result of these depositions, additional documentation may be requested . Plaintiff is requesting additional time in which to obtain this documentation. The Plaintiff does not anticipate that it will delay proceeding with the trial currently scheduled for on or after September 20, 2005.

To ensure that it has the necessary discovery including any other additional documentation the Plaintiff is requesting this court permission to complete discovery from, July 15, 2005 to September 5, 2005, and to amend its Pre-Trial Order so as to have the parties present any filings by September 19, 2005.

WHEREFORE, Plaintiff respectfully requests that the Court grant its motion

Plaintiff,
Christopher Holm
By his Attorney,

Anthony J. Gianfrancesco, Esq. (#2762)
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street
Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

I hereby certify that a copy has been sent to **Gary W. Flanagan.**, Edwards & Angell, LLP, 2800 Financial Plaza, Providence, Rhode Island 02903, on this 21st day of, July 2005.

Alicia Eastwood