**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHRISTOPHER HOLM, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 04-432 |
| | : | |
| LIBERTY MUTUAL LIFE ASSURANCE COMPANY OF BOSTON and BANK OF AMERICA, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE EXHIBITS IN EXCESS OF TWENTY PAGES**

Pursuant to Amended General Order #2002-01, Defendants Liberty Mutual Life Assurance Company of Boston ("Liberty Mutual") and Bank of America Corporation ("Bank of America"), hereby move this Court for leave to file exhibits in support of their Motion for Summary Judgment in excess of twenty (20) pages. As grounds for this Motion, Defendants state as follows: At issue in this case are Defendants' obligations under a Short-Term Disability Plan. In the Motion for Summary Judgment, Defendants argue that Plaintiff is not entitled to benefits under the Plan's own terms. Therefore, the Short-Term Disability Plan (12 pages) and the corresponding Summary Plan Description (9 pages), as well as Defendants' correspondence with Plaintiff explaining the terms of the Short-Term Disability Plan (8 pages) are necessary elements of the record.

WHEREFORE, Defendants Liberty Mutual and Bank of America respectfully request this Court to grant their Motion for Leave to File Exhibits in Excess of Twenty Pages.

Respectfully submitted,

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AND BANK OF AMERICA CORPORATION**
By their Attorneys,

Dated: July 26, 2005

Gary W. Flanagan

Gary W. Flanagan (#6632)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 276-6468

**CERTIFICATION OF SERVICE**

This is to certify that on the 26th day of July, 2005, I served the foregoing document via hand delivery to:

Anthony J. Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street
Suite 101
Providence, RI 02903
(401) 331-1434

Gary W. Flanagan