UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHRISTOPHER HOLM

V. C.A. No.: 04-4321

LIBERTY MUTUAL
LIFE ASSURANCE, CO.
AND BANK OF AMERICA

**AFFIDAVIT OF ANTHONY J. GIANFRANCESCO**

1. My name is Anthony J. Gianfrancesco and I am a lawyer licensed to practice within the State of Rhode Island.

2. I have been retained to represent the plaintiff in the within matter.

3. The plaintiff's deposition is scheduled for next week, and was scheduled before the within motion for summary judgment had been filed.

4. For some time, I have been seeking the plaintiff's personnel file. The defendant's attorney has advised me that the personnel file is forthcoming, but I have not yet received it.

5. I believe that the personnel file may contain relevant evidence as to the basis for his separation from work and his disclosure to his employer that he intended to apply for disability benefits upon termination.

6. The foregoing is true and accurate and based upon my personal knowledge.

Anthony J. Gianfrancesco

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Scribed and sworn to before me this 4th day of Aug, 2005.

Notary Public
My Commission Expires: 10/31/05