UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHRISTOPHER HOLM
V. C.A. No.: 04-432L

LIBERTY MUTUAL
LIFE ASSURANCE CO.
AND BANK OF AMERICA

**MOTION OF PLAINTIFF, CHRISTOPHER HOLM TO EXTEND TIME TO COMPLETE DISCOVERY AND AMEND PRE-TRIAL ORDER**

For the reasons set forth in the accompanying Memorandum of Law, plaintiff, Christopher Holm, respectfully request that the Honorable Court extend the time to complete discovery from July 15, 2005 to September 5, 2005, and amend it's Pre-Trial Order to require filings by September 19, 2005..

Granted:
Ronald R. Lagueux
Sr. USDJ 8/15/05

Plaintiff,
Christopher Holm
by his Attorney,

Anthony J. Gianfrancesco, Esq. (#2762)
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street
Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653