UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHRISTOPHER HOLM

V. C.A. No.: 04-4321

LIBERTY MUTUAL
LIFE ASSURANCE, CO.
AND BANK OF AMERICA

**MOTION FOR EXTENSION OF TIME PURSUANT TO RULE 56(F)**

Now comes the plaintiff, Christopher Holm, pursuant to Rule 56(f) of the Federal Rules of Civil Procedure and respectfully request that this Court order a continuance of Defendant's Motion for Summary Judgment for the reason set forth in the supporting Memorandum attached hereto and made a part hereof.

Plaintiff,
Christopher Holm
By his Attorney,

Anthony J. Gianfrancesco, Esq. (#2762)
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street
Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Deputy Clerk
Date: 9/6/05

**CERTIFICATION**

I hereby certify that a copy has been sent to **Gary W. Flanagan.**, Edwards & Angell, LLP, 2800 Financial Plaza, Providence, Rhode Island 02903, on this 5th day of **August**, 2005.