**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHRISTOPHER HOLM, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-432 |
| LIBERTY MUTUAL LIFE ASSURANCE COMPANY OF BOSTON and BANK OF AMERICA, | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE THE PRETRIAL MEMORANDUM**

Defendants Liberty Mutual Life Assurance Company of Boston ("Liberty Mutual") and Bank of America Corporation ("Bank of America" or the "Bank") (Liberty Mutual and Bank of America may sometimes hereinafter be collectively referred to as, "Defendants") respectfully submit their Motion to Extend Time to File the Pretrial Memorandum. In support of this Motion, Defendants state as follows:

1. Defendants filed a Motion for Summary Judgment on July 21, 2005. Plaintiff filed an Opposition on September 6, 2005. The summary judgment motion remains pending in this matter.

2. Pursuant to the Court's Bench Trial Notice of July 6, 2005, a bench trial is scheduled to take place in this matter on or after September 20, 2005. Defendants understand that the Court automatically postponed the bench trial based on the pending motion for summary judgment, though no notice of postponement was issued.

3. The Bench Trial Notice of July 6, 2005, as amended by the Court on August 15, 2005, also requires the parties to file a pretrial memorandum by September 19, 2005.

4. Inasmuch as the summary judgment motion is pending, and the trial date has been postponed, Defendants respectfully request that this Court extend the deadline for filing the pretrial memorandum to a time after the summary judgment hearing.

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AND BANK OF AMERICA CORPORATION**
By their Attorneys,

Dated: September 16, 2005

Gary W. Flanagan

Gary W. Flanagan (#6632)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 528-5858

**CERTIFICATION OF SERVICE**

This is to certify that on the 16th day of September 2005, a copy of the foregoing has been served via facsimile delivery to:

Anthony J. Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathie & Szerlag
155 South Main Street, Suite 101
Providence, RI 02903

Gary W. Flanagan