UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTOPHER HOLM,
Plaintiff,

v.

LIBERTY MUTUAL LIFE ASSURANCE COMPANY OF BOSTON and BANK OF AMERICA,
Defendants.

C.A. No. 04-432

FILED SEP 16 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE THE PRETRIAL MEMORANDUM**

Defendants Liberty Mutual Life Assurance Company of Boston ("Liberty Mutual") and Bank of America Corporation ("Bank of America" or the "Bank") (Liberty Mutual and Bank of America may sometimes hereinafter be collectively referred to as, "Defendants") respectfully submit their Motion to Extend Time to File the Pretrial Memorandum. In support of this Motion, Defendants state as follows:

1. Defendants filed a Motion for Summary Judgment on July 21, 2005. Plaintiff filed an Opposition on September 6, 2005. The summary judgment motion remains pending in this matter.

2. Pursuant to the Court's Bench Trial Notice of July 6, 2005, a bench trial is scheduled to take place in this matter on or after September 20, 2005. Defendants understand that the Court automatically postponed the bench trial based on the pending motion for summary judgment, though no notice of postponement was issued.

3. The Bench Trial Notice of July 6, 2005, as amended by the Court on August 15, 2005, also requires the parties to file a pretrial memorandum by September 19, 2005.

Granted: Ronald R. Lagueux
Sr. USDJ 10/18/05