**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHRISTOPHER HOLM, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 04-432 |
| LIBERTY MUTUAL LIFE ASSURANCE COMPANY OF BOSTON and BANK OF AMERICA, | : | |
| Defendants. | : | |

**<u>WITHDRAWAL OF APPEARANCE</u>**

I, Gary W. Flanagan, hereby withdraw my appearance as counsel for Defendants Liberty Mutual Life Assurance Company of Boston and Bank of America.

Respectfully submitted,

Gary W. Flanagan (#6632)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 276-9200
(888) 325.9040 (fax)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHRISTOPHER HOLM,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL LIFE ASSURANCE COMPANY OF BOSTON and BANK OF AMERICA,<br><br>Defendants. | : | C.A. No. 04-432 L |

**ENTRY OF APPEARANCE**

Please enter my Notice of Appearance as counsel for the defendant in the above-captioned matter.

**BANK OF AMERICA CORPORATION**
By its Attorneys,

Dated: December 20, 2005

Mark A. Pogue (#3441)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**CERTIFICATION OF SERVICE**

This is to certify that on the 21st day of December 2005, a copy of the foregoing Entry of Appearance has been mailed, first class, postage prepaid, to:

Anthony J. Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street
Suite 101
Providence, RI 02903
(401) 331-1434

Mark A. Pogue