UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTOPHER HOLM :
Plaintiff :
:
v. : C.A. No. 04-432L
:
LIBERTY MUTUAL LIFE ASSURANCE :
COMPANY OF BOSTON, and :
BANK OF AMERICA, :
Defendants :

JUDGMENT

**[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

**Judgment** shall enter for the defendants LIBERTY MUTUAL LIFE ASSURANCE COMPANY OF BOSTON, and BANK OF AMERICA, against the plaintiff Christopher Holm, in accordance with the Court's Decision and Order dated 7/20/06 granting defendant's motion for summary judgment.

Deputy Clerk
July 21, 2006